IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE HELMS, and DEBRA J. HELMS, Plaintiffs, vs. OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, Defendant. | 4:16CV3010 **ORDER** |

IT IS ORDERED that the motion to permit Christopher A. Mihalo to withdraw as counsel of record for Plaintiffs, (Filing No. 40), is granted.

May 24, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge