IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DALE HELMS, and DEBRA J. HELMS, | |
|---|---|
| Plaintiffs, | 4:16CV3010 |
| vs. | |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | ORDER |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Kyle P. Lane, as counsel of record for Defendant, (Filing No. 67), is granted.

February 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge