IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DALE HELMS and DEBRA J. HELMS, | |
|---|---|
| Plaintiffs, | 4:16-CV-3010 |
| vs. | JUDGMENT |
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | |
| Defendant. | |

On the parties' Joint Stipulation for Dismissal with Prejudice (filing 71), the plaintiffs' claims against the defendant are dismissed with prejudice, each party to bear its own costs.

Dated this 15th day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge